UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **WILLIAMSON,** *et al.* | **CIVIL ACTION** |
| **VERSUS** | **No. 06-5641** |
| **NEW ORLEANS & GULF COAST RAILWAY CO.,** *et al.* | **SECTION: I/2** |

## ORDER AND REASONS

Before the Court is the motion to remand filed on behalf of plaintiffs, Lauraline Barthelemy Williamson and Thelma Duplessis Ancar. The facts presented by this case and plaintiffs' arguments for remand are identical to those presented in a sister case previously before this Court, *Rayborn v. New Orleans & Gulf Coast Railway Co.*, consolidated with *New Orleans & Gulf Coast Railway Co. v. Barrois, et al.*, Civil Action No. 04-2924. In the *Rayborn* case, the Court remanded the action to state court, finding that subject matter jurisdiction was lacking.[1] The Court now finds that an identical jurisdictional defect exists in this case; accordingly, this case should be remanded for the reasons explained in the Court's order of September 14, 2006, in *Rayborn*.

Also before the Court is plaintiffs' amended motion to assess attorney's fees and costs pursuant to 28 U.S.C. § 1447(c) for defendants' improper removal. The decision whether to award fees and costs is discretionary. *Miranti v. Lee*, 3 F.3d 925, 929 (5th Cir. 1993). "Absent unusual circumstances, courts may award attorney's fees under § 1447(c) only where the removing party lacked an objectively reasonable basis for seeking removal. Conversely, when

---

[1] Rec. Doc. No. 299, pp. 19-23.

an objectively reasonable basis exists, fees should be denied." *Martin v. Franklin Capital Corp.*, 546 U.S. 132, 126 S. Ct. 704, 711, 163 L. Ed. 2d 547 (2005) (citing *Hornbuckle v. State Farm Lloyds*, 385 F.3d 538, 541 (5th Cir. 2004)); *Valdes v. Wal-Mart Stores, Inc.*, 199 F.3d 290, 293 (5th Cir. 2000)).  This Court exercises its discretion not to grant plaintiffs' request for attorney's fees and costs.  The Court notes, however, that it has now remanded two cases involving these defendants and the same jurisdictional issues, and the Court will consider these remands in determining whether to award costs in any future cases involving the same defendants.

Accordingly,

**IT IS ORDERED** that the motion to remand filed on behalf of plaintiffs, Lauraline Barthelemy Williamson and Thelma Duplessis Ancar,[2] is **GRANTED**, and this case is **REMANDED** to the 25th Judicial District Court for the Parish of Plaquemines, Louisiana.

**IT IS FURTHER ORDERED** that plaintiffs' amended motion to assess attorney's fees and costs pursuant to 28 U.S.C. § 1447(c)[3] is **DENIED**.

New Orleans, Louisiana, November  28th , 2006.

_____
**LANCE M. AFRICK**
**UNITED STATES DISTRICT JUDGE**

---

[2] Rec. Doc. No. 2.

[3] Rec. Doc. No. 10.